Second Department, August, 1961

(August 15, 1961)

■ Jeanne Gershel, Appellant, v. Emily E. Bedell, Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan JJ., concur.

■ Alice Gordon, Respondent, v. James Gordon, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.

■ In the Matter of William H. Isaac, Respondent, v. Edith E. Greenberg et al., Appellants.—

The briefs and the minutes shall be double spaced, each page thereof shall contain not more than three folios and the folio numbers shall be inserted in the right-hand margin of the minutes. Pending the hearing and determination of the appeal, the infant shall remain in the custody of the appellants. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ.